| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>JEFFREY A. SPIVAK |
| 3 | Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099<br>Attorneys for Plaintiff |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEX HERNANDEZ,<br>Defendant. | CASE NO. 1:17-MJ-00185<br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez and Jeffrey A. Spivak, Assistant U.S. Attorneys and Nicholas Reyes, attorney for the defendants, that the preliminary hearing scheduled for November 6, 2017 at 2:00 p.m. be moved to November 13, 2017 at 2:00 p.m. The parties are engaging in discussions and investigation surrounding potential conflict and other issues. Additionally, the government will seek indictment of the defendant along with multiple other defendants (*United States v. Oscar Bazan, et al*, 1:17-mj-00189), and that case is set for a preliminary hearing on November 13, 2017 at 2:00 p.m. Defense counsel conferred with the defendant, who agrees to the continuance.

///

///

///

///

///

///

The parties further stipulate that the defendant consents and there is good cause – "taking into account the public interest in the prompt disposition of criminal cases." As such, Rule 5.1(d) permits the Court to extend the time limit to hold the preliminary hearing within 14 days from the initial appearance (which is November 6, 2017 for Alex Hernandez).

Dated: November 2, 2017     Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 2, 2017     /s/ Nicholas Reyes
NICHOLAS REYES
Attorney for Alex Hernandez

## ORDER

IT IS SO ORDERED THAT there is good cause - the Preliminary hearing as to JOSE ALEJANDRO HERNANDEZ, True Name on October 26, 2017 (aka Alex Hernandez) is continued from November 6, 2017 before Judge Oberto to Monday, November 13, 2017 at 2:00PM before Judge Boone.

IT IS SO ORDERED.

Dated: **November 2, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE